**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00557-NYW-NRN

ENGRAIN TECHNOLOGY INC.
d/b/a ENGRAIN, a Delaware corporation

Plaintiff,

v.

ONE HUNDRED FEET, INC.
d/b/a BEANS.AI, a Delaware corporation,
AKASH AGARWAL, an individual,
and NITIN GUPTA, an individual.

Defendants.

---

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

Pursuant to the Scheduling Order entered in this case (ECF No. 34), Plaintiff Engrain Technology Inc. d/b/a Engrain ("Engrain") by and through undersigned counsel, respectively moves for entry of the parties' Stipulated Protective Order attached to this Unopposed Motion.

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that counsel for Defendants One Hundred Feet, Inc. and Nitin Gupta do not oppose this Motion. The parties have jointly stipulated to the proposed Stipulated Protective Order submitted contemporaneously with this Motion.

Dated: June 22, 2026

Respectfully submitted,

s/*Patricia Y. Ho*

James Sze
FISHERBROYLES, LLP
228 Hamilton Avenue,
Third Floor,
Palo Alto, CA 94301
Telephone (619) 630-9430
James.Sze@fisherbroyles.com

Patricia Y. Ho
FISHERBROYLES, LLP
999 18th Street, Suite 3000
Denver, CO 80202
Telephone (303) 875-8709
Patricia.Ho@fisherbroyles.com

*Attorneys for Plaintiff Engrain Technology, Inc.*

## CERTIFICATION REGARDING ARTIFICAL INTELLIGENCE

Pursuant to Judge Nina Y. Wang's Standing Order Regarding AI Certification, undersigned counsel certifies that generative artificial intelligence was not used to draft the Unopposed Motion for Entry of a Stipulated Protective Order.

*s/Patricia Y. Ho*
Patricia Y. Ho
FisherBroyles LLP
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-875-8709
patricia.ho@fisherbroyles.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was filed with the court via CM/ECF, which will provide electronic notice to all parties of record.

s/*Patricia Y. Ho*
Patricia Y. Ho
FisherBroyles LLP
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-875-8709
patricia.ho@fisherbroyles.com