IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00557-NYW-NRN

ENGRAIN TECHNOLOGY INC. d/b/a ENGRAIN, a Delaware corporation,

Plaintiff,

v.

ONE HUNDRED FEET, INC. d/b/a BEANS.AI, a Delaware corporation,
AKASH AGARWAL, an individual, and
NITIN GUPTA, an individual,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order (ECF No. 38) is GRANTED. The proposed Stipulated Protective Order (ECF No. 38-1) is APPROVED and made an Order of Court.

Date: June 23, 2026